1
2
3
4    UNITED STATES DISTRICT COURT
5    EASTERN DISTRICT OF WASHIGNTON
6
7
8    NEIL EDWARD AKERS,                    No. 2:12-cv-00212-LMB

9            Plaintiff,                    JUGDMENT
         v.
10   CAROLYN W. COLVIN, Acting
11   Commissioner of Social Security,
12
             Defendant.
13

14   **DECISION BY THE COURT:**

15
16   This action came to hearing before the Court. The issues have been heard
17   and a decision has been rendered.

18
19   **IT IS ORDERED AND ADJUDGED** that:

20   Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion
21   for Summary Judgment dismissal is **GRANTED**. Judgment is entered for
22   Defendant.
23   DATED:  January 3, 2014
24
25                                    SEAN McAVOY
                                      District Court Executive/Clerk
26
27                                    s/ L. Stejskal
                                      Deputy Clerk
28